IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

ERNESTO DANIEL RODRIGUEZ-DE LA
   CRUZ

NO. **2- 25CR0106-Z**

## **INDICTMENT**

The Grand Jury Charges:

Count One
Illegal Alien in Possession of Firearms
(Violation of 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8))

On or about July 8, 2024, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Ernesto Daniel Rodriguez-De la Cruz**, defendant, knowing that

he was an alien illegally and unlawfully in the United States, did knowingly possess in

and affecting interstate and foreign commerce firearms, to wit a: (1) Kimber, Model Solo

CDP, 9mm handgun, serial number S1122642; (2) Springfield, Model XD, 9mm handgun

serial number XD257887; (3) Ruger, Model Mini 14, .223 rifle, serial number 183-

0265S; and (4) Mossberg, Model 188, 12-gauge shotgun, serial number MV68949S.

In violation of Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(8).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in this indictment, and pursuant to 18

U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Ernesto Daniel Rodriguez-De la**

**Cruz** shall forfeit to the United States of America any firearm and ammunition involved

in or used in the knowing commission of the offense, including, but not limited to, the

following: a Springfield, Model XD, 9mm handgun serial number XD257887; a Ruger,

Model Mini 14, .223 rifle, serial number 183-0265S; and a Mossberg, Model 188, 12-

gauge shotgun, serial number MV68949S, as well as any ammunition, magazines, or

other firearm accessories seized by law enforcement.

A TRUE BILL:

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7559
Facsimile:    806-472-7394
E-mail:    jeffrey.haag@usdoj.gov

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

### AMARILLO DIVISION

### UNITED STATES OF AMERICA

v.

### ERNESTO DANIEL RODRIGUEZ-DE LA CRUZ

## INDICTMENT

COUNT 1:        ILLEGAL ALIEN IN POSSESSION OF FIREARMS
                Title 18, United States Code, Sections 922(g)(5)(A),
                924(a)(8).
                FORFEITURE NOTICE

(1 COUNT + FORFEITURE)

A true bill rendered:

Lubbock                          ⟶ ∿∿∿          Foreperson

Filed in open court this  8ᵀᴴ  day of  October          , A.D. 2025.

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE

**Ernesto Daniel Rodriguez-De la Cruz**
**Indictment – Page 3**